UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAY ROBLES,<br><br>    Petitioner,<br><br>    v.<br><br>KEN CLARK, Warden,<br><br>    Respondent. | NO. EDCV 07-1548 SVW (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: December 20, 2011

                                              STEPHEN V. WILSON
                                              United States District Judge